# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
BROOKLYN DIVISION

| | | |
|---|---|---|
| DISH NETWORK L.L.C., | ) | Case No. 1:18-cv-04983-BMC |
| Plaintiff, | ) | |
| v. | ) | |
| EXPONENT SOLUTIONS LLC, ASHRAF JAHANZAIB, and MOHSIN TANVEER, | ) | |
| Defendants. | ) | |

### DECLARATION OF THOMAS HOLT

I, THOMAS HOLT, of Baraboo, Wisconsin, declare as follows:

1. I make this declaration based on personal knowledge and, if called upon to testify, would testify competently as stated herein.

2. I received a telephone call in or around February 2017 from a person that claimed to be providing services for "DISH" (the "Caller"). I was a subscriber to DISH's satellite television service at the time of the call. Accordingly, I believed the Caller was working for or otherwise associated with DISH.

3. The Caller said that I needed to upgrade my satellite receiver to avoid losing access to the television programming that I was receiving from DISH. To the best of my recollection, the Caller stated the upgrade would cost $149.90. The Caller requested my bank card information in order to charge me for the upgrade. I provided my credit card information to the Caller and a charge from saveologyonline.com in the amount of $149.90 appeared on my credit card statement. Attached as **Exhibit A** is a copy of that statement.

1

DISH Network 009496

I declare under penalty of perjury that the forgoing is true and correct.

Executed on  *1-2-2019* .

*Thomas Holt*
Thomas Holt

DISH Network 009497

# EXHIBIT A

DISH Network 009498

4.


**PNC BANK**


VISA SIGNATURE
Account #
Statement closing date        03/06/17

Questions?
pnc.com
1-800-558-8472  24 hours a day, 7 days a week

# EverydayRewards

### Your account summary

| | |
|---|---|
| Previous balance | $1,367.82 |
| Payment received on 02/08/17 - thank you | $1,367.82 |
| Purchases | $1,711.94 |
| Credits | $0.00 |
| Cash advances | $0.00 |
| Fees charged | $0.00 |
| Interest charged | $0.00 |
| **New balance** | **$1,711.94** |
| Minimum revolving payment | $42.00 |
| Due date | 04/01/17 |
| Total revolving credit line | $15,000.00 |
| Total revolving line available | $13,288.00 |
| Total available cash line | $3,750.00 |
| Days in billing cycle | 31 |

### Your payment information

| | |
|---|---|
| New balance | $1,711.94 |
| Minimum revolving payment | $42.00 |
| Due date | 04/01/17 |

Late Payment Warning: If we do not receive your minimum payment by the above date, you may have to pay up to a $35 late fee and your APRs may be increased up to the Penalty APR of 29.49%.

Minimum Payment Warning: If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about.... | And you will end up paying an estimated total of.... |
|---|---|---|
| Only the minimum payment | 9 Years | $3,073.00 |
| $61.00 | 3 Years | $2,182.00 (Savings = $891.00) |

If you would like information about credit counseling services, call 1-866-214-0934.

---

5170  0803 HXH    001  7 2   170306 0    PAGE 1 of 3    30 5624 9600 4061 0A5170CD    64494



**PNC BANK**
PO BOX 3429
PITTSBURGH PA 15230-3429

| Account # | XXXX |
|---|---|
| New balance | $1,711.94 |
| Minimum revolving payment | $42.00 |
| Due date         PAYMENT ENCLOSED | 04/01/17 |

$ _____

THOMAS K HOLT
AGNES R HOLT

Make check payable to:

PNC BANK
PO BOX 856177
LOUISVILLE KY 40285-6177

⑈431⑈ ⑆5000⑇0080⑈ 196560904931 7⑈ 001

DISH Network 009499



DISH Network 009500

# EXHIBIT 2

2.



**First Interstate** Bank — MasterCard

*August Bill*
*Letter in 2 weeks*  1-9-2017
*dispute # D170.090.0903*

Account Number: #### #### ####

Statement Open/Close Date: 08/10/2016 - 09/08/2016

### Transactions...Continued

| Trans Date | Post Date | Plan Name | Reference Number | Description | Amount |
|---|---|---|---|---|---|
| 08/11 | 08/12 | PPLN08 | 55488726224083027399295 | DISCOUNT ZOOMS 05162431345 NY *new dist. Software* | -150.00 |

### Payments, Adjustments and Other

| 08/23 | 08/23 | | L0823201611731882 | PAYMENT - THANK YOU | |
| 08/31 | 09/01 | | 55310206245091909001386 | CREDIT VOUCHER HEIGHTS ACE HDWE | |
| | | | | TOTAL PAYMENTS OR ADJUSTMENTS | $ |

### Fees
TOTAL FEES FOR THIS PERIOD    $ 0.00

### Interest Charged
TOTAL INTEREST FOR THIS PERIOD    $ 0.00

*not deducted*

### 2016 Totals Year To Date
Total Fees Charged in 2016    $ 0.00
Total Interest Charged in 2016    $ 0.00

### Important Messages
MANAGE YOUR CARD ACCOUNT ONLINE. IT'S FREE! IT'S EASY! SIMPLY GO TO WWW.MYCARDSTATEMENT.COM AND ENROLL IN OUR ONLINE SERVICE. YOU CAN REVIEW ACCOUNT INFORMATION, TRACK SPENDING, SET ALERT NOTIFICATIONS, DOWNLOAD FILES, AND MUCH MORE. MANAGING YOUR ACCOUNT IS FAST, SECURE AND EASY WITH MYCARDSTATEMENT.COM. ENROLL TODAY!

### Interest Charge Calculation/Plan Level Information

| Plan Name | Plan Description | ICM[1] | Balance Subject to Interest Rate | Periodic Rate[2] | Annual Percentage Rate (APR)[3] | Interest Charge |
|---|---|---|---|---|---|---|
| **Purchases** | | | | | | |
| PPLN08 001 | PURCHASE | G | $0.00 | 1.07333% (M) | 12.8800% | $0.00 |
| **Cash** | | | | | | |
| CPLN06 001 | CASH | A | $0.00 | 1.07333% (M) | 12.8800% | $0.00 |
| TOTAL | | | $0.00 | | | $0.00 |

[1] ICM Interest Charge Method: See reverse side of Page 1 for explanation.
[2] Periodic Rate (M) = Monthly (D) = Daily
[3] Your Annual Percentage Rate (APR) is the annual interest rate on your account.
(V) = Variable Rate. If you have a variable rate account the periodic rate and Annual Percentage Rate (APR) may vary.

Page 3 of 3

4822 - 851

## Visa® Platinum
**Account Number Ending In** ▮▮▮▮
Billing Period: 05/12/2017 - 06/09/2017


WELLS FARGO

### Summary of Account Activity

| | |
|---|---|
| Previous Balance | ▮ |
| Payments | ▮ |
| Other Credits | ▮ |
| Purchases & Other Charges | ▮ |
| Cash Advances | ▮ |
| Fees Charged | ▮ |
| **Interest Charged** | ▮ |
| New Balance | ▮ |
| Credit Limit | ▮ |
| Available Credit | ▮ |
| Statement Closing Date | 06/09/2017 |
| Days in Billing Cycle | 29 |

Customer Service:      1-800-247-9215
Servicio En Español:   1-800-247-9215
Visit Us Online: wellsfargofinancial.com

If you would like information about credit counseling services, refer to: www.usdoj.gov/ust/eo/bapcpa/ccde/cc_approved.htm or call 1-877-285-2108.

To learn more about factors to consider when applying for or using a credit card, visit the website of the Federal Board at: www.federalreserve.gov/creditcard.

### Payment Information

| | |
|---|---|
| New Balance | ▮ |
| Over Limit Amount | ▮ |
| Minimum Payment Due | ▮ |
| Total Amount Due | ▮ |
| Payment Due Date | 07/05/2017 |

**Late Payment Warning:** If we do not receive your minimum payment by the Payment Due Date listed above, you may have to pay up to a $37.00 late fee. Your next minimum payment will also include this fee in your minimum payment due.

**Minimum Payment Warning:** If you make only the minimum payment each period, you will pay more in interest and it will take you longer to pay off your balance. For example:

| If you make no additional charges using this card and each month you pay... | You will pay off the balance shown on this statement in about... | And you will end up paying an estimated total of... |
|---|---|---|
| Only the minimum payment | 23 years | $14,655.00 |
| $214.00 | 3 years | $7,696.00 (Savings = $6,959.00) |

### Important Information
PLEASE REVIEW THE IMPORTANT CHANGES TO YOUR GUIDE TO BENEFITS PROVIDED IN THIS STATEMENT AND RETAIN FOR YOUR RECORDS.

### Transaction Summary

| Reference Number | Trans Date | Post Date | Description of Transaction or Credit | Amount |
|---|---|---|---|---|
| **Payments** | | | | |
| W5W429YHE | 06/05 | 06/05 | | ▮ |
| TOTAL PAYMENTS FOR THIS PERIOD | | | | ▮ |
| **Purchases & Other Charges** | | | | |
| FBLJK8V2Z | 05/22 | 05/22 | | ▮ |
| FBLJK8V5J | 05/22 | 05/22 | | ▮ |
| 606YTF1YG | 06/03 | 06/03 | saveologyonline.com +3211460035 BE ← ~~Future~~ scam | $129.90 |
| TOTAL PURCHASES & OTHER CHARGES FOR THIS PERIOD | | | | ▮ |
| **Fees Charged** | | | | |
| TOTAL FEES CHARGED FOR THIS PERIOD | | | | $0.00 |
| **Interest Charged** | | | | |
| | 06/09 | 06/09 | Interest Charged on Purchases | |
| | 06/09 | 06/09 | Interest Charged on Cash Advances | |
| TOTAL INTEREST CHARGED FOR THIS PERIOD | | | | ▮ |

### 2017 Totals Year-to-Date

| | |
|---|---|
| Total fees charged in 2017 | ▮ |
| Total interest charged in 2017 | ▮ |

5642  0002 S2G       1    7  6   170609  0       PAGE 1 of 4       1 0  5523  0008  ST47  01AR5642        1139Z

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION
Please detach below portion and return with your payment to ensure proper credit. Retain this portion for your records.

# EXHIBIT 3



| Media | M-- |
|---|---|
| Posting Date | 20161221 |
| CPCS Seq # | 000002800344706 |
| Account # | 000000000000 |
| Amount | $00000120.00 |
| Ck/Serial # | 000000000006538 |
| Dep CPCS Seq # | |
| Dep Account | |
| R/T Routing Transit | 007102566 |
| Bank # | 0029 |
| TranCode | |
| Exception | |

